GEORGE W. FROST, PLAINTIFF IN ERROR, v. THE OMAHA HOTEL COMPANY, DEFENDANT IN ERROR.

ST. A. D. BALCOMBE, PLAINTIFF IN ERROR, v. THE OMAHA HOTEL COMPANY, DEFENDANT IN ERROR.

PER CURIAM.—The above cases being, in all respects, similar to the case of *Boehme v. The Omaha Hotel Company*, it is only necessary to remark in regard to them that, for the reasons given in the opinion in the case referred to, the judgment rendered in each case in the court below must be reversed, and each cause must be remanded for further proceedings, with leave to amend the petition.

JUDGMENT REVERSED.